MOTOR CONVOY, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 987. Decided June 1, 1965.

*Paul M. Daniell, Robert E. Born* and *Martin Sack* for
appellants.

*Solicitor General Cox, Assistant Attorney General
Orrick, Robert B. Hummel, Robert W. Ginnane* and
*Betty Jo Christian* for the United States et al.; *George S.
Dixon* for National Automobile Transporters Associa-
tion; and *Nelson M. Harris, Jr.,* for Dixie Transport Co.,
appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

FOX *v.* UNITED STATES.

No. 1032. Decided June 1, 1965.

*Sidney W. Provensal, Jr.,* for appellant.

*Solicitor General Cox* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.